AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_***** \_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JOHN NEFF  #54213,

      Plaintiff,

  V.

NEVADA, STATE OF, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00133-RCJ-VPC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **REMANDED** to the Seventh Judicial District Court of the State of Nevada, in and for White Pine County. Because the complaint sets forth no federal-law cause of action, the court remands the action to state court.

October 13, 2011  
   Date

      **LANCE S. WILSON**  
      Clerk

      /s/   M. Campbell  
      Deputy Clerk