AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOHN NEFF  #54213,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: 3:11-CV-00133-RCJ-VPC

NEVADA, STATE OF, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **REMANDED** to the Seventh Judicial District Court of the State of Nevada, in and for White Pine County. Because the complaint sets forth no federal-law cause of action, the court remands the action to state court.

 October 13, 2011                    **LANCE S. WILSON**
   Date                    Clerk

      /s/   M. Campbell
      Deputy Clerk